IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.                                              Case No. 17-00064-01-CR-W-DGK

ROBERT LORENZO HESTER, JR.,

Defendant.

## MOTION FOR ORDER

The United States respectfully moves for an order granting it up to and including September 29, 2017, to file any pleading pursuant to § 4 of the Classified Information Protection Act (CIPA). Any pleading filed by the United States' in this case pursuant to CIPA § 4 requires consultation and consent with several components of the Executive Branch. The undersigned has consulted with other components of the Executive Branch related to the approvals necessary for any such motion, and September 29, 2017, is a realistic date by which the United States can obtain any requisite approvals for any pleading it may file.

WHEREFORE, for the above reasons, the United States respectfully requests up to and including September 29, 2017, to file any pleading pursuant to CIPA § 4.

Respectfully submitted,

Thomas M. Larson
Acting United States Attorney

By      /s/ Brian P. Casey
        Brian P. Casey
        David Raskin
        Assistant United States Attorneys

        Charles Evans Whittaker Courthouse
        400 East 9th Street, Room 5510
        Kansas City, Missouri 64106
        Telephone: (816) 426-3122

## <u>CERTIFICATE OF SERVICE</u>

  The undersigned hereby certifies that a copy of the foregoing was delivered on June 29, 2017, to the Electronic filing System (CM/ECF) of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.


            */s/ Brian P. Casey*     
            Brian P. Casey
            Assistant United States Attorney