IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>ROBERT LORENZO HESTER, JR.,<br>a./k/a "Mohammed Junaid Al Amreeki," a/k/a "jun Muhammad," a/k/a "Rabbani Junaid Muhammad," a/k/a "Rami Talib," a/k/a "Ali Talib Muhammad"<br>                    Defendant. | Criminal No. 17-CR-000064-01-W-DGK<br>Complaint No. 17-MJ-00027-JTM |

## MOTION TO DISMISS COMPLAINT

      Comes now Brian Casey, Assistant United States Attorney, and moves the Court to dismiss the complaint filed on February 19, 2017, before United States Magistrate Judge Maughmer, at Kansas City, Missouri, charging the defendant, ROBERT J. HESTER, JR, did knowingly attempt to provide material support or resources, including, among other things, property, service, training, and personnel, to a foreign terrorist organization, to wit, the Islamic State of Iraq and the Levant, knowing that the organization has been designated by the Secretary of State as a foreign terrorist organization since 2004, and is currently designated as such, and that the organization has engaged and engages in terrorist activity and terrorism, in violation of Title 18, United States Code, Section 2339B.

                                                  */s/ Brian P. Casey*
                                                  Brian P. Casey
                                                  Assistant United States Attorney
                                                  Western District of Missouri

## O R D E R

      Upon motion of the United States of America, the complaint against defendant, ROBERT LORENZO HESTER, JR., filed on February 19, 2017, is hereby dismissed.

Dated:   September 28, 2017         /s/ John T. Maughmer
        Kansas City, Missouri             HONORABLE JOHN T. MAUGHMER
                                            United States Magistrate Judge