IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>ROBERT LORENZO HESTER, JR.,<br><br>      Defendant. | Case No. 17-00064-01-CR-W-DGK |

## NOTICE OF EX PARTE SUBMISSION

The United States of America, through its undersigned counsel, hereby provides notice to the above-named defendant that the United States has made an *ex parte* submission to the Court, under seal, entitled Motion for Protective Order Pursuant to Section 4 of the Classified Information Procedures Act and Rule 16(d)(1) of the Federal Rules of Criminal Procedure.

            Respectfully submitted,

            Thomas M. Larson
            Acting United States Attorney

      By  */s/ Brian P. Casey*

            Brian P. Casey
            David Raskin
            Assistant United States Attorney

            Charles Evans Whittaker Courthouse
            400 East 9th Street, Room 5510
            Kansas City, Missouri 64106
            Telephone: (816) 426-3122

CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a copy of the foregoing was delivered on October 13, 2017, to the Electronic filing System (CM/ECF) of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Brian P. Casey*
Brian P. Casey
Assistant United States Attorney